UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**FREDRICK JOHNSON**                                         **C.A. NO.: 17-1752-SSD-RLB**

**VERSUS**

**MIKE CAZES WEST BATON ROUGE**
**SHERIFF, ET AL.**

## AMENDED CONTESTED FACTS

1. Whether or not Officer Chutz made the decision not to transport Fredrick Johnson to the hospital.

2. Whether or not Officer Chutz knew what she was doing when she signed Acadian's transport waiver form without Fred Johnson's consent.

3. Whether or not Officer Violated Fredrick Johnson constitutional rights.

4. Any and all other facts listed in Defendant's list of uncontested facts.

Respectfully submitted,

/s/ Oliver Benford Hadley
_____
Oliver B. Hadley (#36980)
Oliver Hadley Law, L.L.C.
935 Gravier St., Ste. 840
New Orleans, LA 70112
(504) 641-4529
(504) 681-9595 (fax)
obh@ohadleylaw.com

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**FREDRICK JOHNSON**                                    **C.A. NO.: 17-1752-SSD-RLB**

**VERSUS**

**MIKE CAZES WEST BATON ROUGE**
**SHERIFF, ET AL.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

New Orleans, Louisiana, this 19th day of April 2019.

/s/ Oliver Benford Hadley
_____