UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| FREDRICK JOHNSON | CIVIL ACTION |
| VERSUS | NO. 17-1752-SDD-RLB |
| MIKE CAZES WEST BATON ROUGE SHERIFF, ET AL. | |

## NOTICE

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the United States District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have fourteen (14) days after being served with the attached Report to file written objections to the proposed findings of fact, conclusions of law and recommendations therein. Failure to file written objections to the proposed findings, conclusions, and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions of the Magistrate Judge which have been accepted by the District Court.

**ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.**

Signed in Baton Rouge, Louisiana, on June 1, 2021.

RICHARD L. BOURGEOIS, JR.
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDRICK JOHNSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-1752-SDD-RLB** |
| **MIKE CAZES WEST BATON ROUGE SHERIFF, ET AL.** | |

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff initiated this action with the filing of his Complaint (R. Doc. 1) on December 9, 2017, alleging the use of excessive force during an arrest on or about December 10, 2016, and a subsequent failure to provide appropriate medical care. On November 5, 2019, Plaintiff filed an amended complaint naming Regina Harris and Mike Cazes as defendants. Following the filing of the amended complaint, counsel for Plaintiff filed a Motion to Withdraw (R. Docs. 77, 78) at Plaintiff's request. No steps were taken to serve defendant Harris.

This case was set for trial next month. There is nothing in the record to indicate that the plaintiff intends to proceed against defendant Harris. The time within which to serve defendant Harris pursuant to the Federal Rules of Civil Procedure has long since passed. The undersigned also notes that here is nothing to justify any extension of such time. This case has been pending for over three years, the scheduling order deadlines and trial dates have been continued numerous times, plaintiff has been ordered multiple times to show cause why sanctions should not be imposed for failure to comply with Court orders, and in fact, plaintiff failed to take any action on this matter at all for 6 months. This matter is ready to proceed against the remaining properly served defendant, Sheriff Mike Cazes.

Based on the foregoing,

**IT IS RECOMMENDED** that Defendant Regina Harris be dismissed for failure to serve timely.

Signed in Baton Rouge, Louisiana, on June 1, 2021.

                                              **RICHARD L. BOURGEOIS, JR.**
                                              **UNITED STATES MAGISTRATE JUDGE**