# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHNSON | CIVIL ACTION |
| VERSUS | 17-1752-SDD-RLB |
| CAZES, ET AL. | |

## RULING

The Court, after carefully considering the *Complaint*[1] the *Amended Complaint*[2], the record, the law applicable to this action, and the *Report and Recommendation*[3] of United States Magistrate Judge Richard L. Bourgeois, Jr., dated June 1, 2021, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,**

**IT IS HEREBY ORDERED** that Defendant Regina Harris is dismissed for failure to serve timely.

Signed in Baton Rouge, Louisiana the 21 day of June, 2021.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 76.
[3] Rec. Doc. 100.